# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-384 |
| v. | : | DATE FILED: October 5, 2005 |
| | : | VIOLATIONS: |
| TROY DAVIS | | 21 U.S.C. § 846 (conspiracy to distribute |
| CHRIS CURRY, | : | cocaine - 1 count) |
| a/k/a "Ogbod" | | 21 U.S.C. § 841(a)(1) (possession with |
| | : | intent to distribute cocaine - 1 count) |
| | | 18 U.S.C. § 2 (aiding & abetting) |

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.      From at least in or about April 2005 through on or about June 11, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendants

**TROY DAVIS and
CHRIS CURRY,
a/k/a "Ogbod,"**

conspired and agreed, together and with Troy Jefferson, charged elsewhere, and others known and unknown to the grand jury, to knowingly and intentionally distribute, and possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

### MANNER AND MEANS

It was a part of the conspiracy that:

2.      Defendants TROY DAVIS and CHRIS CURRY arranged cocaine

sales for Troy Jefferson.

3.      Troy Jefferson distributed cocaine to defendant TROY DAVIS to be distributed to a confidential source ("CS"), a person known to the grand jury.  Defendant DAVIS, defendant CHRIS CURRY, and Troy Jefferson also spoke by telephone to the CS, to arrange a sale of a kilogram of cocaine to the CS.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, the following overt acts, among others, were committed in the Eastern District of Pennsylvania and elsewhere:

### April 2005

1.      In or about April 2005, defendant CHRIS CURRY contacted Troy Jefferson to obtain 4 ½ ounces of cocaine.

2.      In or about April 2005, Troy Jefferson supplied defendant CHRIS CURRY with 4 ½ ounces of cocaine that defendant CURRY redistributed.

3.      In or about April 2005, defendant TROY DAVIS orchestrated the 4 ½ ounces of cocaine which was sold to the CS by defendant CHRIS CURRY.

### June 2005

4.      On or about June 9, 2005, defendant TROY DAVIS spoke by telephone to the CS and agreed to facilitate a sale of one kilogram of cocaine to the CS.

5.      On or about June 11, 2005:

a.      Defendant TROY DAVIS met the CS in Philadelphia and told CS that he (defendant DAVIS) would contact the person who would deliver the cocaine to the CS.

b.      Defendant TROY DAVIS called the CS and told the CS that he (defendant DAVIS) would direct the person who was delivering the cocaine to contact the CS directly.

c.      Defendant CHRIS CURRY called the CS and provided the CS with Troy Jefferson's cellular telephone number.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

In or about April, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**TROY DAVIS and
CHRIS CURRY,
a/k/a "Ogbod,"**

knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

**A TRUE BILL:**

_____

**GRAND JURY FOREPERSON**

_____

**PATRICK L. MEEHAN
UNITED STATES ATTORNEY**