**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 05-384-03** |
| | : | |
| **CHRIS CURRY** | : | |

## JUDGMENT OF ACQUITTAL

    **AND NOW**, this 30th day of January, 2006, the jury having found the defendant not guilty as to Counts One and Two, it is **ORDERED** that **JUDGMENT** is entered accordingly pursuant to Federal Rule of Criminal Procedure 32(b).

BY THE COURT:


     S/ Timothy J. Savage
     TIMOTHY J. SAVAGE,    J.